IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ORION IP, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:07-cv-451 (LED) |
| | ) |
| MERCEDES-BENZ USA, LLC | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT'S ANSWER AND COUNTERCLAIMS TO ORION IP, LLC'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

On this date the Court heard Defendant's Motion for Leave to File, Under Seal, Defendant's Answer and Counterclaims to Orion IP, LLC's Original Complaint For Patent Infringement.

After considering the briefing and considerations of justice, the Court hereby GRANTS such motion and Orders that such Answer be authorized to be filed under seal.

**So ORDERED and SIGNED this 9th day of October, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**